# FILED

JUN 0 9 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

4.05·4108

MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 03, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY CERTIFIED TO FROM THE RECORD

DATED    6-6-11

ATTEST:    Tm Dempsey

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE FOR CONDITIONAL REMAND ORDER

—TRANSFEREE —    —TRANSFEROR —

| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
|-------|------|---------|-------|------|---------|--------------|
| PAE | 2 | 08-89341* | ILS | 3 | 05-00174 | Warren McElroy, et al. v. Illinois Central Railroad Co. |
| PAE | 2 | 08-89465* | ILS | 4 | 05-04104 | Stanley Pepple, et al. v. Illinois Central Gulf Railroad Co. |
| PAE | 2 | 08-89466* | ILS | 4 | 05-04108 | Daniel Maynor, et al. v. Illinois Central Gulf Railroad Co. |
| PAE | 2 | 09-66070 | MN | 0 | 08-04893 | Richard Knowlen v. Burlington Northern & Santa Fe Railway Co. |
| PAE | 2 | 08-85855* | MSS | 1 | 05-00131 | Crochet v. Illinois Central Railroad Company |
| PAE | 2 | 08-85856* | MSS | 1 | 05-00131 | Crochet v. Illinois Central Railroad Company |
| PAE | 2 | 08-85857* | MSS | 1 | 05-00131 | Crochet v. Illinois Central Railroad Company |
| PAE | 2 | 08-85858* | MSS | 1 | 05-00131 | Crochet v. Illinois Central Railroad Company |
| PAE | 2 | 08-89507 | ILS | 3 | 04-00860 | Jeffrey Lundy v. Canadian National Illinois Central Railway Co. |
| PAE | 2 | 08-89513 | ILS | 3 | 04-00859 | Richard Rose v. Canadian National Illinois Central Railway Co. |
| PAE | 2 | 08-89515* | ILS | 3 | 05-00752 | Stephen Baker v. Illinois Central Railroad Company |
| PAE | 2 | 08-89516* | ILS | 3 | 05-00752 | Stephen Witt v. Illinois Central Railroad Company |
| PAE | 2 | 08-89517* | ILS | 3 | 05-00752 | G. B. Shirley v. Illinois Central Railroad Company |
| PAE | 2 | 10-68523 | ILS | 3 | 05-00174 | NEFF v. ILLINOIS CENTRAL RAILROAD COMPANY |
| PAE | 2 | 10-68524 | ILS | 4 | 05-04104 | GREAM v. ILLINOIS CENTRAL RAILROAD COMPANY |
| PAE | 2 | 10-68525 | ILS | 4 | 05-04104 | JOHNSON v. ILLINOIS CENTRAL RAILROAD COMPANY |
| PAE | 2 | 10-68526 | ILS | 4 | 05-04104 | DUNBAR v. ILLINOIS CENTRAL RAILROAD COMPANY |
| PAE | 2 | 10-68527 | ILS | 4 | 05-04108 | BLUDWORTH v. ILLINOIS CENTRAL GULF RAILROAD COMPANY |

*PAE case number was assigned after severance order was issued in Eastern District of Pennsylvania.

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:10-cv-68527-ER
### Internal Use Only

BLUDWORTH v. ILLINOIS CENTRAL GULF
RAILROAD COMPANY
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE DAVID R.
STRAWBRIDGE (Settlement)
related Case: 2:08-cv-89466-ER
Case in other court: IL-S, 05-CV-04108
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 05/25/2010
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**JOHN BLUDWORTH**

represented by **WILLIAM P. GAVIN**
GAVIN LAW FIRM
17 PARK PL
BELLEVILLE, IL 62226-2969
618-236-0100
Email: billg@gavinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ILLINOIS CENTRAL GULF
RAILROAD COMPANY**
*TERMINATED: 05/25/2010*

represented by **MARK R. KURZ**
BOYLE BRASHER
5000 W. MAIN STREET
P.O. BOX 23560
BELLEVILLE, IL 62223
618-277-9000
Email: mkurz@boylebrasher.com
*TERMINATED: 05/25/2010*

**Defendant**

**ILLINOIS CENTRAL RAILROAD
COMPANY**
*a corporation*

represented by **MARK R. KURZ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MICHAEL C. HERMANN**
BOYLE BRASHER LLC
5000 WEST MAIN
BELLEVILLE, IL 62223
618-277-9000
Email: mhermann@boylebrasher.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2010 | 1 | ORDER THAT, WITHIN SIXTY (60) DAYS, EACH INDIVIDUAL PLAINTIFF SHALL FILE ONE SEVERED AND AMENDED COMPLAINT IN THIS COURT. THE CLERK OF THIS COURT IS DIRECTED TO ASSIGN CIVIL ACTION NUMBERS TO EACH INDIVIDUAL PLAINTIFF. FAILURE TO COMPLY WITH THIS SECTION OF THE INSTANT ORDER MAY RESULT, UPON MOTION BY ANY CONCERNED DEFENDANT OR BY RULE TO SHOW CAUSE ISSUED BY THE COURT, IN THE DISMISSAL OF THAT SPECIFIC PLAINTIFFS CIVIL ACTION WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(B), ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO. ENTERED AND COPIES MAILED AND E-MAILED. (nds) (Entered: 05/25/2010) |
| 05/25/2010 | | (Court only) ***Party ILLINOIS CENTRAL RAILROAD COMPANY added. (jl, ) (Entered: 05/25/2010) |
| 05/25/2010 | 2 | AMENDED COMPLAINT against ILLINOIS CENTRAL RAILROAD COMPANY, filed by JOHN BLUDWORTH, JURY DEMAND.(jl, ) (Entered: 05/25/2010) |
| 05/25/2010 | | Filing fee: $ 350.00, receipt number PPEO23271 (jl, ) (Entered: 05/25/2010) |
| 06/08/2010 | 3 | ANSWER to 2 Amended Complaint by ILLINOIS CENTRAL RAILROAD COMPANY.(HERMANN, MICHAEL) (Entered: 06/08/2010) |
| 07/01/2010 | 4 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES (SEE PAPER NO. 7351 ON 01-MD-875 FOR LIST OF CASES) ON WEDNESDAY JULY 21, 2010 AT 10:00 A.M. IN COURTROOM 11A, 601 MARKET STREET, PHILADELPHIA, PA 19106 ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/25/10. 7/7/10 ENTERED AND COPIES MAILED AND E-MAILED.(ah) (Entered: 07/07/2010) |
| 08/12/2010 | 5 | ORDER THAT THE FOLLOWING DEADLINES OUTLINED IN THIS ORDER SHALL BE SET, IN THE CASES LISTED IN EXHIBIT "A", ATTACHED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/9/10. 8/12/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 08/12/2010) |
| 12/10/2010 | 6 | MOTION for Summary Judgment filed by ILLINOIS CENTRAL RAILROAD COMPANY.Memorandum, Certificate of Service. (Attachments: # 1 Exhibit)(HERMANN, MICHAEL) (Entered: 12/10/2010) |
| 12/23/2010 | 7 | RESPONSE in Opposition re 6 MOTION for Summary Judgment filed by JOHN BLUDWORTH. (Attachments: # 1 Affidavit Affidavit of Plaintiff John Bludworth)(GAVIN, WILLIAM) (Entered: 12/23/2010) |
| 01/05/2011 | 8 | REPLY to Response to Motion re 6 MOTION for Summary Judgment filed |

| | | by ILLINOIS CENTRAL RAILROAD COMPANY. (Attachments: # 1 Exhibit)(HERMANN, MICHAEL) (Entered: 01/05/2011) |
|---|---|---|
| 02/10/2011 | 9 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ILLINOIS CENTRAL RAILROAD IS DENIED; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/8/11.2/10/11 ENTERED AND E-MAILED.(jl, ) (Entered: 02/10/2011) |
| 03/16/2011 | 10 | ORDER THAT THE FOLLOWING CASES LISTED IN EXHIBIT "A", ATTACHED, ARE REFERRED TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE FOR SETTLEMENT PURPOSES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/15/11. 3/16/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 03/16/2011) |
| 03/21/2011 | | (Court only) ***Set/Clear Flags Set Flag DS/ASB (td, ) (Entered: 03/21/2011) |
| 03/25/2011 | 11 | Response *Compliance with Court's March 16, 2011 Order* by JOHN BLUDWORTH. (GAVIN, WILLIAM) (Entered: 03/25/2011) |
| 04/05/2011 | 12 | SETTLEMENT CONFERENCE ORDER THAT A SETTLEMENT CONFERENCE WILL BE HELD ON 4/12/11 AT 9:30 A.M. IN ROOM 3030; ETC.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/4/11. 4/5/11 ENTERED AND COPIES MAILED, E-MAILED.(jl, ) (Entered: 04/05/2011) |
| 04/13/2011 | 13 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE: Settlement Conference held on 4/12/2011. (sg, ) (Entered: 04/13/2011) |
| 04/21/2011 | 14 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE: Telephone Conference held on 4/19/11 (jl, ) (Entered: 04/21/2011) |
| 05/03/2011 | 15 | Minute Entry for proceedings held before MAGISTRATE JUDGE DAVID R. STRAWBRIDGE: Telephone Conference held on 5/2/2011 (tomg, ) (Entered: 05/04/2011) |
| 05/23/2011 | 16 | ORDER THAT THE COURT SUGGESTS THAT THE CASES LISTED IN EXHIBIT "A" SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/23/11. 5/23/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf, ) (Entered: 05/23/2011) |
| 05/31/2011 | 17 | STIPULATION *of the Contents of Record to be Remanded* by ILLINOIS CENTRAL RAILROAD COMPANY. (HERMANN, MICHAEL) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 6/1/2011 (md). (Entered: 05/31/2011) |
| 06/03/2011 | 18 | Copy of Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this conditional remand order except the severed damages claims be remanded to their respective transferor courts. |

| | | (See Paper # 7910 in 01-md-875). (tjd) (Entered: 06/06/2011) |
|---|---|---|
| 06/06/2011 | | Certified Copy of Conditional Remand Order along with copy of ED-PA docket mailed to the SD-IL (4:05-4104). (tjd) (Entered: 06/06/2011) |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### U.S. COURT HOUSE
### 601 MARKET STREET
### PHILADELPHIA 19106-1797

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI)   MDL 875
**Conditional Remand Order**

Dear Sir/Madam:

The enclosed **certified copy of** a Conditional Remand Order is being mailed to you.  This order has been issued by the Judicial Panel on Multidistrict Litigation directing each of the cases on the attached list to be remanded back to your court.  Pursuant to this order, please file this certified copy in your specific case and re-open the case in your court now that the Panel has returned jurisdiction of this case to you.  Any questions please contact me at (267) 299-7018. Thank You and Have a Good Day.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Tom Dempsey
MDL Docketing Clerk

Enclosure

ASBESTOS, CASREF/ASB, DS/ASB, IL-S, MDL-875

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:08-cv-89466-ER
### Internal Use Only

MAYNOR et al v. ILLINOIS CENTRAL GULF
RAILROAD COMPANY
Assigned to: HONORABLE EDUARDO C. ROBRENO
related Cases: 2:10-cv-68527-ER
              2:10-cv-68528-ER
              2:10-cv-68529-ER
Case in other court: IL-S, 05-04108
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 10/01/2008
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**DANIEL MAYNOR**
        represented by   **WILLIAM P. GAVIN**
GAVIN LAW FIRM
17 PARK PL
BELLEVILLE, IL 62226-2969
618-236-0100
Email: billg@gavinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**HECTOR L. SANDOVAL**
ROVEN KAPLAN LLP
2190 NORTH LOOP WEST
SUITE 410
HOUSTON, TX 77018
713-465-8522
Email: hsandoval@rovenlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ILLINOIS CENTRAL GULF**
**RAILROAD COMPANY**
        represented by   **MARK R. KURZ**
BOYLE BRASHER
5000 W. MAIN STREET
P.O. BOX 23560
BELLEVILLE, IL 62223
618-277-9000
Email: mkurz@boylebrasher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MICHAEL C. HERMANN**
BOYLE BRASHER LLC
5000 WEST MAIN
BELLEVILLE, IL 62223
618-277-9000
Email: mhermann@boylebrasher.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2008 | 1 | TRANSFER ORDER NO. 280 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. SOUTHERN DISTRICT OF ILLINOIS, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (tj, ) (Entered: 10/07/2008) |
| 10/01/2008 | 2 | ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (tj, ) (Entered: 10/07/2008) |
| 10/01/2008 | 3 | NOTICE TO COUNSEL (tj, ) (Entered: 10/07/2008) |
| 04/14/2009 | 4 | ORDER THAT A HEARING ON DEFENDANTS' MOTION FOR A RULE TO SHOW CAUSE IS SET FOR 5/5/09 AT 10:00 AM IN COURTROOM BEFORE JUDGE ROBRENO. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/13/09. 4/14/09 ENTERED AND COPIES MAILED, E-MAILED (stb, ) (Entered: 04/15/2009) |
| 04/28/2009 | 5 | PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF AN ORDER TO SHOW CAUSE FILED BY DANIEL MAYNOR, CERTIFICATE OF SERVICE.(amas) (Entered: 04/29/2009) |
| 05/07/2009 | 6 | ORDER THAT COUNSEL IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, WILL BE REQUIRED TO HOLD A DISCOVERY PLANNING CONFERENCE, PURSUANT TO FRCP 26(f) AND SUBMIT TO THE COURT A FRCP 26(f)(3) DISCOVERY PLAN BY 7/5/2009. IT IS FURTHER ORDERED THAT THIS DISCOVERY PLAN SHALL ADHERE TO THE FORMAT OF THE "DISCOVERY PLAN TEMPLATE", ATTACHED AS EXHIBIT "B". SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/7/2009. 5/11/2009 ENTERED AND COPIES MAILED AND E-MAILED.(mbh, ) (Entered: 05/11/2009) |
| 03/24/2010 | 7 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES ON TUESDAY, APRIL 13TH, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106; |

| | | |
|---|---|---|
| | | AND THAT FAILURE TO APPEAR AT THE CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE WITHOUT PREJUDICE; ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/16/2010. 3/24/2010 ENTERED AND COPIES MAILED, E-MAILED. (aeg, ) (Entered: 03/24/2010) |
| 05/10/2010 | 8 | SCHEDULING ORDER THAT DISCOVERY MUST BE COMPLETED BY AUGUST 28, 2010; ANY DISPOSITIVE MOTIONS MUST BE FILED BY DECEMBER 11, 2010 AND A STATUS CONFERENCE WILL BE HELD IN THESE CASES ON FEBUARY 8, 2011 AT 9:00 AM, COURTROOM 11A, 601 MARKET ST, PHILADELPHIA, PA 19106, ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/10/2010. 5/12/2010 ENTERED AND COPIES MAILED, E-MAILED. (kk, ) (Entered: 05/12/2010) |
| 05/25/2010 | 9 | Amended Complaint against ILLINOIS CENTRAL GULF RAILROAD COMPANY filed by DANIEL MAYNOR.(mbh, ) (Entered: 05/26/2010) |
| 06/08/2010 | 10 | ANSWER to 9 Amended Complaint by ILLINOIS CENTRAL GULF RAILROAD COMPANY.(HERMANN, MICHAEL) (Entered: 06/08/2010) |
| 09/16/2010 | 11 | NOTICE of Appearance by WILLIAM P. GAVIN on behalf of JOHN BLUDWORTH with Certificate of service (Attachments: # 1 Exhibit List of appearances)(GAVIN, WILLIAM) (Entered: 09/16/2010) |
| 09/16/2010 | 12 | NOTICE of Appearance by WILLIAM P. GAVIN on behalf of DANIEL BRINKER with Certificate of service (Attachments: # 1 Exhibit List of appearances)(GAVIN, WILLIAM) (Entered: 09/16/2010) |
| 09/16/2010 | 13 | NOTICE of Appearance by WILLIAM P. GAVIN on behalf of STANLEY MACH with Certificate of service (Attachments: # 1 Exhibit List of appearances)(GAVIN, WILLIAM) (Entered: 09/16/2010) |
| 09/16/2010 | 14 | NOTICE of Appearance by WILLIAM P. GAVIN on behalf of DANIEL MAYNOR with Certificate of service (Attachments: # 1 Exhibit List of appearances)(GAVIN, WILLIAM) (Entered: 09/16/2010) |
| 12/10/2010 | 15 | MOTION for Summary Judgment filed by ILLINOIS CENTRAL GULF RAILROAD COMPANY.Memorandum, Certificate of Service. (Attachments: # 1 Exhibit)(HERMANN, MICHAEL) (Entered: 12/10/2010) |
| 12/23/2010 | 16 | RESPONSE in Opposition re 15 MOTION for Summary Judgment filed by DANIEL MAYNOR. (Attachments: # 1 Affidavit Affidavit of Plaintiff Daniel Maynor)(GAVIN, WILLIAM) (Entered: 12/23/2010) |
| 01/05/2011 | 17 | REPLY to Response to Motion re 15 MOTION for Summary Judgment filed by ILLINOIS CENTRAL GULF RAILROAD COMPANY. (Attachments: # 1 Exhibit)(HERMANN, MICHAEL) (Entered: 01/05/2011) |
| 01/11/2011 | 18 | ORDER THAT HEARINGS ON ALL PENDING OPPOSED MOTIONS, INCLUDING MOTIONS FOR SUMMARY JUDGMENT, IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, WILL BE HELD ON 2/8/2011, AT 10:00 AM, IN COURTROOM 11A, BEFORE HONORABLE EDUARDO C. ROBRENO. FURTHER INFORMATION IS AS |

| | | |
|---|---|---|
| | | OUTLINED HEREIN. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/11/2011. 1/13/2011 ENTERED AND COPIES MAILED AND E-MAILED.(amas) (Entered: 01/13/2011) |
| 02/02/2011 | 19 | STATUS REPORT by DANIEL MAYNOR. (GAVIN, WILLIAM) (Entered: 02/02/2011) |
| 02/10/2011 | 20 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ILLINOIS CENTRAL GULF RAILROAD CO. IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/8/11.2/11/11 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 02/11/2011) |
| 03/02/2011 | 21 | ORDER THAT THE COURT REFERS THE ACTIONS PENDING IN MDL 875 IDENTIFIED IN EXHIBIT A, ATTACHED, TO THE HONORABLE MAGISTRATE JUDGE DAVID R. STRAWBRIDGE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/24/11. 3/2/11 ENTERED AND COPIES E-MAILED.(dp, ) (Entered: 03/02/2011) |
| 03/04/2011 | | (Court only) ***Set/Clear Flags Set Flag DS/ASB (td, ) (Entered: 03/04/2011) |
| 03/10/2011 | 22 | ORDER THAT A SETTLEMENT CONFERENCE WILL BE HELD IN CHAMBERS ON 4/12/11 AT 9:30 AM. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/10/11. 3/11/11 ENTERED AND COPIES MAILED, E-MAILED.(mbh, ) (Entered: 03/11/2011) |
| 04/13/2011 | 23 | Minute Entry for a Settlement Conference held on 4/12/11 before Judge Strawbridge. (mbh, ) (Entered: 04/13/2011) |
| 04/20/2011 | 24 | Minute Entry for Telephone Conference (re: settlement) held on 4/19/11 before Judge Strawbridge. (mbh, ) (Entered: 04/21/2011) |
| 05/03/2011 | 25 | Minute Entry for Telephone Conference (re: settlement) held on 5/2/11 before Judge Strawbridge. (mbh, ) (Entered: 05/04/2011) |
| 05/23/2011 | 26 | ORDER THAT THE COURT SUGGESTS THAT THE CASES LISTED IN EXHIBIT "A" SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS FOR RESOLUTION OF ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/23/11. 5/23/11 ENTERED AND COPIES MAILED, E-MAILED.(ahf, ) (Entered: 05/23/2011) |
| 05/31/2011 | 27 | STIPULATION *of the Contents of Record to be Remanded* by ILLINOIS CENTRAL GULF RAILROAD COMPANY. (HERMANN, MICHAEL) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 6/1/2011 (md). (Entered: 05/31/2011) |
| 06/03/2011 | 28 | Copy of Remand Order from the Judicial Panel on Multidistrict Litigation that all claims in the actions on this conditional remand order except the severed damages claims be remanded to their respective transferor courts. (See Paper # 7910 in 01-md-875). (tjd) (Entered: 06/06/2011) |
| 06/06/2011 | | Certified Copy of Conditional Remand Order along with copy of ED-PA |

docket mailed to the SD-IL (4:05-4108). (tjd) (Entered: 06/06/2011)